# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TROY ANTHONY MORROW, *Petitioner*, vs. BRIAN E. WILLIAMS, *et al.*, *Respondents*. | 2:15-cv-00579-JAD-VCF<br><br>ORDER |

This action is a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, filed by a Nevada prisoner. On June 1, 2015, petitioner filed, pursuant to this court's order of May 18, 2015 (doc. 3), a notice of voluntary dismissal. Doc. 5. Good cause appearing, this case shall be dismissed without prejudice to petitioner filing a new habeas petition in the future, if necessary.

**IT IS THEREFORE ORDERED** that this case is DISMISSED without prejudice. The Clerk shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that a certificate of appealability is DENIED.

Dated: June 3, 2015.

_____
UNITED STATES DISTRICT JUDGE